# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| GREG BURRIDGE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FARMINGTON,<br>FARMINGTON POLICE<br>DEPARTMENT,<br>NICK BLOOMFIELD, in his individual capacity; STEVE HEBBE, in his individual capacity; DARYL NOON, in his individual capacity; KYLE DOWDY, in his individual capacity; SIERRA TAFOYA, in her individual capacity; RICHARD GIBBONS, in his individual capacity; DENNIS RONK, in his individual capacity; TOM SWENK, in his individual capacity and BRIAN JOHNSTON, in his individual capacity,<br><br>    Defendants. | No. 1:18-cv-00704-PJK-LF |

## JUDGMENT

THIS MATTER came before the court on various stipulated orders to dismiss claims and parties with prejudice (ECF Nos. 51 & 67) and Defendants City of Farmington, Nick Bloomfield, and Steven Hebbe's Motion for Summary Judgment filed July 25, 2019 (ECF No. 60), and the court having entered its Memorandum Opinion and Order (ECF

1

No. 70) granting the Motion in part,

IT IS NOW ORDERED, ADJUDGED AND DECREED that final judgment is hereby entered as follows:

(1) All of Plaintiff's claims contained in his Complaint (ECF No. 1) against Defendants Farmington Police Department, Daryl Noon, Kyle Dowdy, Sierra Tafoya, Dennis Ronk, Tom Swenk, and Brian Johnston were dismissed with prejudice (ECF No. 51), each party to bear its own costs arising out of these claims;

(2) Counts II, III, VI, and VII of Plaintiff's Complaint were dismissed with prejudice (ECF No. 67); and

(3) Plaintiff Greg Burridge shall take nothing on his remaining federal claim (Count I of Plaintiff's complaint) against Defendants City of Farmington, Nick Bloomfield, and Steven Hebbe, this claim is dismissed with prejudice and these prevailing parties are awarded their costs of action on this claim;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the remaining state-law claims (Counts IV and V of Plaintiff's Complaint) are dismissed without prejudice.

DATED this 5th day of March 2020, at Santa Fe, New Mexico

/s/ Paul Kelly, Jr.
United States Circuit Judge
Sitting by Designation